IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 67.82.37.90

**ISP:** Optimum Online
**Physical Location:** Clifton, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 11/05/2016 00:41:10 | 4590C6D9A53E3942DEA71725AE0DC0A75B6417C4 | Floating Emotions |
| 10/28/2016 00:44:56 | 4E3DBEDBDF6BE0E7E27236015263F89A42120F97 | Cum For A Ride |
| 10/19/2016 23:02:52 | DCA99876E21F4EF31DC485C24BEC0A9943F8479A | The Way I Feel |
| 10/17/2016 23:40:28 | 99EB56D05EEC93F461492A75138BB30F616E24E1 | Forbidden Fruit |
| 10/14/2016 23:06:21 | 1D7F77503ECAEB0394329781D7BFC3F76D16326D | Caprice Swaps Cocks |
| 10/02/2016 20:41:04 | B41F70C3B674C9662D53B2EF9DC9BA7256330AF6 | Tiffanys Tight Ass |
| 09/24/2016 01:24:17 | 80ED9D4F91BF0532B8C47CDDCDE3C775C23B5565 | Luvv Me Tender |
| 09/04/2016 02:44:12 | 35CD129B72D3A9BB6F8E2BB6B327505B4955F6AC | Pussy Cat Burglar |
| 09/02/2016 01:15:38 | 166C5D8C03609A7EAA7F9CDDBC660B8F435F1158 | Arrest Me |
| 09/01/2016 16:38:22 | A0231B1026AC595286D63414B6502B374018B86E | Sexy In The City |
| 09/01/2016 16:38:12 | 1E10476D82581FA264DD3D5EC9771D2F49F9A677 | Love Her Madly |
| 08/28/2016 22:35:54 | 4BFBAF6AF9F91DC3F40AC42073645030F3ED69EF | Romance in the Garden |
| 08/14/2016 00:16:51 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 07/10/2016 00:24:27 | E8080F82E6CE85233C399BC1C3FF42F24ABC0D23 | Cum Inside the Fantasy Suite |
| 07/02/2016 23:01:11 | 8FB9787FB0D00931BC3904679E4E68F711CF4D60 | Enjoy My Backdoor |
| 07/02/2016 22:42:50 | 614F620F72829C030157DDA2AACE4C800920841B | Pretty Back Door Baby |
| 06/05/2016 00:41:30 | 990A47FE8E523891383423994B1D7BA62AE57512 | Puffy Nipple Lovers |
| 06/05/2016 00:17:12 | 9A4006A1B6FE3FEEE453A8C4F19C744B2D8F8995 | Unbelievably Beautiful |
| 06/05/2016 00:06:18 | 6EDCB9F1D3D04084B9697D6F6F2694BF390C6F7D | Threes Company |
| 06/05/2016 00:04:13 | CB623875E85BFC35D2E2B11796A89712939EC70A | Asstastic |
| 06/05/2016 00:00:22 | 47A99D5D93ADB0A0AD477C8D77FCC33CCA08BA5A | Four Ways |
| 06/04/2016 23:58:46 | 653F27A0F039570719E6B6B524A6CA1AB5250E51 | Hot In Here |

EXHIBIT A

CNJ621

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/04/2016 23:55:51 | 87CA960B7A5F89097E6BDCF3222F5B2C98DB0668 | Deep in Love |
| 11/26/2015 02:28:17 | 053D28BBFA6D43E2EF6097A4CD6F3F35838ACA7C | Meet My Lover From Austria |
| 11/21/2015 04:23:41 | 0B7FD0CCBEDB6DB909AC67927989CF1E838521B8 | Season of Love |
| 11/14/2015 02:47:22 | 93FFC03BC1F6325A639714708B773951A18E184C | Maybe Yes |
| 11/14/2015 00:46:00 | 919637D19812CA4B97E1D4938A8646A610E2F630 | Dressed to Thrill |

**Total Statutory Claims Against Defendant: 27**

EXHIBIT A

CNJ621